**Deny and Opinion Filed July 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00911-CV

## IN RE JAY MCNEAL AND RAUL H. LOYA, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13829**

## MEMORANDUM OPINION

Before Justices Bridges, FitzGerald, and Francis
Opinion by Justice Francis

Relators filed this petition for writ of mandamus requesting that the Court set aside the trial court's June 13, 2014 sanctions order. Mandamus is an extraordinary remedy that is available only in limited circumstances. *CSR Ltd. v. Link,* 925 S.W.2d 591, 596 (Tex. 1996) (orig. proceeding) (citing *Walker v. Packer,* 827 S.W.2d 833, 840 (Tex. 1992) (orig. proceeding)). Mandamus is appropriate "only to correct a clear abuse of discretion or the violation of a duty imposed by law when there is no other adequate remedy by law." *Id.* Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding); *Walker,* 827 S.W.2d at 839. Because relators have an adequate remedy by appeal of the trial court's order, they have failed to establish that they are entitled to relief. TEX. R. APP. P. 52.8(a).

Accordingly, we **DENY** relator's petition for writ of mandamus.


140911F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE